FILED LODGED RECEIVED
AUG 2 4 2026
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

MAGISTRATE JUDGE

**IN THE DISTRICT COURT OF THE UNITED STATES**

**FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. **HARKINS, MICHAEL B.,** Defendant. | NO. 3:26-cr-5055<br><br>FINDINGS AND ORDER ACCEPTING DEFENDANT FOR DEFERRED PROSECUTION, APPROVING TREATMENT PLAN, AND DIRECTING DEFENDANT TO TAKE TREATMENT AS PRESCRIBED |

THIS MATTER, coming on for hearing this 24th day of August, 2026 upon the Defendant's Petition for Deferred Prosecution, the Defendant appearing in person and by PRESTON L. FOSKEY; the United States of America being represented by SANDRA A. BOSTIC, Assistant United States Attorney, the Court having examined and incorporated into the record Petitioner's Petition and Statement in support of deferred prosecution, the evaluation and treatment report prepared by Social Treatment Opportunity Programs, and the files and records herein, being fully advised in the premises, does now make and enter the following:

///

///



PRESTON L. FOSKEY, P.S.
Attorney at Law
8248 East "D" Street
Tacoma, Washington 98404-1042
WSBA # 12509
Telephone: 253.535.5829
Fax: 253.535.9391

# I. FINDINGS OF FACT

A. On or about the 23rd day of February, 2026, Petitioner was charged with the offense/offenses charged in the Information. This offense orrurred as a direct result of alcoholism/chemical dependency problems;

B. Petitioner suffers from an alcohol/drug problem and is in need of treatment;

C. The probability of similar misconduct in the future is great if the problem is not treated.

D. Petitioner is amenable to treatment;

E. An effective rehabilitation treatment plan is available to Petitioner through Social Treatment Opportunity Programs, an approved treatment facility as designated by the laws of the State of Washington, and Petitioner agrees to be liable for all costs of this treatment program;

F. The Petitioner agrees to comply with the terms and conditions of the program offered by the treatment facility as set forth in the diagnostic evaluation from Social Treatment Opportunity Programs, attached to Statement of Petitioner filed herewith, and that Petitioner agrees to be liable for all costs of this treatment program;

G. That Petitioner has knowingly and voluntarily stipulated to the admissibility and sufficiency of the facts contained in the written police report attached to Statement of Petitioner filed herewith;

H. That Petitioner has acknowledged the admissibility of the stipulated facts in any criminal hearing or trial on the underlying offense or offenses held subsequent to revocation of this Order Granting Deferred Prosecution and that these reports will be used to support a finding



PRESTON L. FOSKEY, P.S.
Attorney at Law
8248 East "D" Street
Tacoma, Washington 98404-1042
WSBA # 12509
Telephone: 253.535.5829
Fax: 253.535.9391

of guilt;

I. That Petitioner has acknowledged and waived the right to testify, the right to a speedy trial, the right to call witnesses to testify, the right to present evidence in his or her defense, and the right to a jury trial.

From the foregoing FINDINGS OF FACT, the Court draws the following:

## II. CONCLUSIONS OF LAW

A. That the above-entitled Court has jurisdiction over the subject matter and the Petitioner MICHALE B. HARKINS in this case;

B. That Petitioner's Petition for Deferred Prosecution meets the requirements of RCW 10.05 *et seq.*;

C. That the diagnostic evaluation and commitment to treatment meets the requirements of RCW 10.05.150;

D. That Petitioner is eligible for deferred prosecution.

## III. ORDER

Having made and entered FINDINGS OF FACT and CONCLUSIONS OF LAW, it is hereby;

ORDERED that the Defendant is accepted for deferred prosecution. The prosecution of the above entitled matter is hereby deferred for five (5) years pursuant to RCW 10.05 *et seq.* upon the following terms and conditions;

A. Petitioner shall be on probation for the deferral period and follow the rules and regulations of probation;



PRESTON L. FOSKEY, P.S.
Attorney at Law
8248 East "D" Street
Tacoma, Washington 98404-1042
WSBA # 12509
Telephone: 253.535.5829
Fax: 253.535.9391

B. Petitioner shall enroll in and successfully complete the two-year treatment program recommended by Social Treatment Opportunity Programs according to the terms and conditions of that plan as outlined in the diagnostic evaluation, a true copy of which is attached to the Petition and incorporated herein by reference. Petitioner shall not change treatment agencies without prior Probation approval;

C. The treatment facility, Social Treatment Opportunity Programs, shall file with the United States Probation Office status reports of Petitioner's compliance with treatment, monthly during the first year of the deferred prosecution period and every three (3) months during the second year. The Court may increase the frequency of these reports at its discretion;

D. Petitioner shall notify U. S. Probation within 72 hours of any residence change.

E. Petitioner shall abstain during the deferred prosecution period from any and all consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

F. Petitioner shall not operate a motor vehicle on the public highways without a valid operator's license and proof of liability insurance sufficient to comply with the state laws on financial responsibility;

G. Petitioner shall be law abiding and shall not commit any alcohol/drug related offenses or other criminal offenses during the period of the deferral.

H. Petitioner shall notify U. S. Probation within 72 hours of being arrested, questioned, or cited by Law Enforcement;

I. In the event the Petitioner fails or neglects to carry out and fulfill any term or condition of her/his treatment plan or violates any provision of this Order or any rule or regulation of





PRESTON L. FOSKEY, P.S.
Attorney at Law
8248 East "D" Street
Tacoma, Washington 98404-1042
WSBA # 12509
Telephone: 253.535.5829
Fax: 253.535.9391

her/his probation officer, upon receiving notice, the Court shall hold a hearing to determine why Petitioner should not be removed from deferred prosecution and prosecuted for the offense/offenses charged;

J. In the event the Court finds cause to revoke this deferred prosecution, the stipulated police reports shall be admitted into evidence, and the Petitioner shall have his guilt of innocence determined by the Court;

K. That the statement of Petitioner for Deferred Prosecution shall remain sealed, and all subsequent reports or documents relating to his treatment information shall be sealed, to maintain confidentiality of Petitioner's treatment information;

L. That the Department of Licensing be notified of this order accepting the Petitioner for deferred prosecution;

M. Upon proof of Petitioner's successful completion of five years deferral period in this Order, the Court shall dismiss the charges pending against Petitioner;

N. Additional conditions:

None. MWC



mbhardef.ord

PRESTON L. FOSKEY, P.S.
Attorney at Law
8248 East "D" Street
Tacoma, Washington 98404-1042
WSBA # 12509
Telephone: 253.535.5829
Fax: 253.535.9391

DONE IN OPEN COURT this 24th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE

Presented by:

PRESTON L. FOSKEY, WSBA # 12509
Attorney for Petitioner

I have received a copy of the foregoing Order of Deferred Prosecution. I have read and understand its contents, and agree to abide by the terms and conditions set forth herein.

Dated: 8-24-26

MICHEAL B. HARKINS
Petitioner

I certify that a copy of this signed Order was mailed to the subject treatment facility on August 24, 2026. The United States Probation Office was also furnished a copy of this Order.

Clerk



PRESTON L. FOSKEY, P.S.
Attorney at Law
8248 East "D" Street
Tacoma, Washington 98404-1042
WSBA # 12509
Telephone: 253.535.5829
Fax: 253.535.9391